DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

—————————————————

JOSEPH T. DeGREGORIO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0914

—————————————————

January 21, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Sarasota County; Donna Padar, Judge.

PER CURIAM.

Affirmed.

KHOUZAM, MORRIS, and SLEET, JJ., Concur.

—————————————————

Opinion subject to revision prior to official publication.